**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Berrinda Arredondo, et al., | ) | No. CV 04-1589-PHX-ROS |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Fieldstone Mortgage Company, | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to Judge Silver's order referring Defendant's motions for sanctions (Doc. 359, 367) and accompanying motions (Doc. 350, 382, 395) to this court, the court directs counsel for Defendant to submit the following in a table format:

1. A list of all the discovery still sought, listed in order of importance to Defendant.

2. For each item of discovery listed, succinctly describe Defendant's efforts to obtain the material.

3. For each item of discovery listed, succinctly describe Plaintiffs' response to Defendant's efforts to obtain the material.

4. For each item of discovery listed, explain how it is reasonably calculated to lead to the discovery of admissible evidence.

///

///

///

///

1

**IT IS THEREFORE ORDERED:**

2

That counsel for Defendant shall submit the foregoing information within ten days of

3

the date this order is filed.

4

DATED this 29th day of June, 2006.

5

6

7

8

Edward C. Voss
United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28