# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Berrinda Arredondo, et al., ) | No. CV 04-1589-PHX-ROS |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| Fieldstone Mortgage Company, ) | |
| Defendant. ) | |

Defendant has filed two Motions to Exceed Page Limit (Doc. #360, #395) relating to its Motion for Sanctions (Doc. #359) and the Reply in Support of Motion for Sanctions (Doc. #396). Defendant explains in its motions that additional pages were needed to fully explain the circumstances surrounding numerous alleged discovery violations by Plaintiffs. Plaintiffs have not objected to Defendant's request. The court finds that Defendant's request is reasonable in light of the number of alleged discovery violations and the motions to exceed the page limit will be granted.

In addition, Plaintiffs have filed a Motion for Extension of Time to Respond to Defendant's Motion for Attorneys' Fees (Doc. #382). Plaintiffs explain that the response was originally due on June 16, 2006 and that they were requesting a four day extension until June 20, 2006. Plaintiffs then filed their Response to Motion for Attorneys' Fees (Doc. #388) on June 20, as they indicated they would. Defendant has not objected to the request for an extension. Plaintiffs' request is reasonable and their motion presents reasons establishing good cause for the extension. Accordingly, the motion will be granted.

**IT IS THEREFORE ORDERED:**

That Defendant's two Motions to Exceed Page Limit (Doc. #360, #395) and Plaintiffs' Motion for Extension of Time to Respond to Defendant's Motion for Attorneys' Fees (Doc. #382) are **granted**.

DATED this 10th day of July, 2006.

_Edward C. Voss_
Edward C. Voss
United States Magistrate Judge