# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Berrinda Arredondo, et al., | No. CV 04-1589-PHX-ROS |
| Plaintiffs, | **ORDER** |
| vs. | |
| Fieldstone Mortgage Company, | |
| Defendant. | |

Plaintiffs have filed a Motion to Continue the Hearing Regarding Defendant's Motion for Sanctions (Doc. #413). Plaintiff Barfield is currently incarcerated in Clark County, Nevada. Because he will not be sentenced until August 14, 2006, Plaintiff Barfield will not be able to attend the hearing on August 9, 2006.

In light of Mr. Barfield's incarceration, he will not be required to attend the hearing. However, the hearing will take place as scheduled and the remaining plaintiffs must appear. Because much of the disputed discovery involves Mr. Barfield, the court will order a second hearing to address the issues that pertain to him.

Counsel for Mr. Barfield shall contact the court within 24 hours of Mr. Barfield's sentencing and inform the court of his availability to appear at a hearing. The court will then set a second hearing on Defendant's motion for sanctions and fees to address the issues that pertain to Mr. Barfield.

///

///

**IT IS THEREFORE ORDERED:**

That Plaintiff's Motion to Continue the Hearing Regarding Defendant's Motion for Sanctions (Doc. #413) is **denied**.

DATED this 4th day of August, 2006.

Edward C. Voss
United States Magistrate Judge